83,597-01

July, 19, 2015

District Clerk
Louise Pearson
Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 23 2015
Abel Acosta, Clerk

Re: Cause No. F-40255-A
     Style: Nth EX PARTE Mathew Allen Leuck

Dear Clerk,

Enclosed Please Find Mathew Allen Leuck, Applicant in the Foregoing Motion of Applicants Response to States Original Answer as it Contains several Misstatments of Applicants Original 11.07 Writ of Habeas Corpus.

Please Present to the Court at the Proper time. Thank You

                    Respectfully,

                    MATHEW Allen Lueck #1958682
                    Estelle Unit
                    264 F.M. 3478
                    Huntsville Texas 77320

CAUSE NO. F40255-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 18TH JUDICIAL |
| | § | |
| MATHEW ALLEN LEUCK | § | DISTRICT COURT OF |
| | § | |
| APPLICANT | § | JOHNSON, COUNTY, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

## APPLICANTS RESPONSE TO STATES ORIGINAL ANSWER

APPLICANT, MATHEW ALLEN LEUCK, HEREBY FILES THIS HIS RESPONSE TO THE RESPONDENTS ORIGINAL ANSWER WHICH WAS FILE STAMPED ON OR ABOUT JULY 13, 2015.

I

APPLICANT FILES THIS HIS REBUTTAL TO STATES ANSWER AND STATES THE FOLLOWING:

APPLICANT CONTENDS RESPONDENT IN ITS ANSWER CLEARLY MISSTATES THE AMERICAN BAR ASSOCIATIONS MODEL RULE NUMBER 3.8. RESPONDENT STATES MODEL RULE 3.3, WHEREBY POSSIBLY MISLEADING THIS COURT OF CRIMINAL APPEALS TO REVIEW A RULE THAT DOES NOT APPLY. THIS IS SHOWN IN STATES PARAGRAPH NUMBER III.

THEN IN STATES PARAGRAPH NUMBER V APPLICANT

(1)

CONTINUES TO MISLEAD THE COURT AGAIN. APPLICANTS TRIAL ATTORNEY MR. ROB WARD WAS APPOINTED BY THE COURT TO REPRESENT APPLICANT WHEN FIRST ARRESTED. ON THE MOTION TO REVOKE THE DAY OF COURT THE CASE WAS CALLED BUT MR. WARD WAS NOT PRESENT.

THE TRIAL JUDGE REFUSED TO RESET THIS CASE AND PROCEEDED TO APPOINT ANOTHER ATTORNEY. APPLICANT CANNOT PROVIDE NAMES OR ADDRESSES BECAUSE THE STATE REFUSES TO PROVIDE APPLICANT WITH TRIAL RECORDS OF THIS CAUSE IN ORDER TO PROPERLY ARGUE HIS CASE PROPERLY. HEREBY PLACING ANOTHER BURDEN ON APPLICANT. LEAVING HIM TO RELY ON HIS MEMORY OF EVENTS.

APPLICANT DOES CONTEND THE ATTORNEY APPOINTED TO REPRESENT HIM ON THE DAY OF COURT THE ATTORNEY WAS NOT ALLOWED TEN DAYS TO PREPARE FOR TRIAL AND HIS ONLY CONVERSATION WITH APPELLANT WAS A PLEA BARGAIN OFFER FROM THE STATE. AND PETITIONER OR APPLICANT WOULD BE ALLOWED TO SIGN FOR PROBATION AND GO HOME.

## II

IT IS THE NUMEROUS ERRORS AGAIN BY THE TRIAL COURTS PROSECUTOR WHICH MIS-LEADS THE COURT OF

EVENTS THAT HAPPENED IN THE TRIAL COURT THAT APPLICANT COMPLAIN'S OF.

WHEREFORE ASKING THIS COURT TO PROPERLY CONSTRUE THESE ALLEGATIONS LIBERALLY.

RESPECTFULLY SUBMITTED

MATHEW ALLEN LEUCK
TDCJ-ID # 1958682
ESTELLE UNIT
264 F.M. 3478
HUNTSVILLE TEXAS 77320

## DECLARATION

I, MATHEW ALLEN LUECK, TDCJ-ID# 1958682, PETITIONER APPLICANT HEREIN STATE THE ABOVE AND FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED AND SWORN TO THIS DAY, MONTH AND YEAR July 19th 2015

MATHEW ALLEN LEUCK

APPLICANT

## CERTIFICATE OF SERVICE

I MATHEW ALLEN LUECK, TDCJ-ID # 1958682, APPLICANT HEREBY CERTIFY THAT ON THIS 19TH DAY OF JULY 2015 A TRUE AND CORRECT COPY OF THE ABOVE HAS BEEN MAILED TO THE DISTRICT CLERK, DAVID R. LLOYD, P.O. BOX 495, CLEBURNE TEXAS, 76033 BY PLACING SAME IN THE U.S. POSTAL MAIL POSTAGE PREPAID.

MATHEW ALLEN LUECK # 1958682